without costs. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Elmhurst Fire Company, Respondent, v. The City of New York, Appellant.— Judgment modified by striking therefrom so much of the provisions thereof as provides for the cancellation of the tax for the year 1902, and as thus modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Elway Company, Respondent, v. Louie R. Pettit and Charles H. Smith, Appellants.— Judgment affirmed, with costs, on the authority of *Skelly* v. *City of New York* (*ante*, p. 233), decided herewith. Jenks, P. J., Burr, Thomas and Stapleton, JJ., concurred; Hirschberg, J., not voting.

Marcus Greenberg, Respondent, v. Timothy J. Kieley, Appellant, Impleaded with Leopold Schiller, Defendant.— Interlocutory judgment affirmed, with costs, with leave to appellant to withdraw his demurrer and answer upon the merits, within twenty days, upon payment of all costs to date. No opinion. Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ., concurred.

Hamilton Trust Company, Appellant, v. The Atlas Improvement Company and Another, Respondents.— Judgment affirmed, with costs. No opinion. Burr, Thomas, Carr and Stapleton, JJ., concurred; Hirschberg, J., not voting.

Joseph L. Hart, Appellant, v. Abels Gold Realty Company and Others, Respondents, Impleaded with Harry A. Hanbury, Appellant.— Order of the County Court of Kings county reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that said court should not try the equitable issues between defendants proposed by the receiver. Burr, Thomas, Carr and Rich, JJ., concurred; Hirschberg, J., not voting.

James H. Holmes, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Rich and Stapleton, JJ., concurred; Hirschberg, J., not voting.

Francis G. McGrath, Respondent, v. Michael J. McGrath and Others, Defendants, Impleaded with Margaret Becker and Others, Appellants.— Interlocutory judgment of the County Court of Kings county modified by striking therefrom the provision thereof which charges against the shares of Margaret, Elizabeth, Robert and John J. Becker, the amount of moneys advanced by the trustees to Annie M. Becker, deceased, and as so modified affirmed, without costs. The undivided interests in the real property in question, held by defendants Becker, were not acquired by them through representation of Annie M. Becker, but under direct devise in the 9th clause of the will of Margaret McGrath, deceased, and, therefore, their said interests are not chargeable with any advances made to said Annie M. Becker. Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ., concurred.

Frank Miller, Respondent, v. New York Butchers' Dressed Meat Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.